

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-18-2007

# USA v. Hugh

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4260

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Hugh" (2007). *2007 Decisions*. Paper 744.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/744

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No.  05-4260

UNITED STATES OF AMERICA

v.

NOLAN HUGH,

Appellant

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Crim. Action No. 03-cr-00829)
District Judge:  Hon. Harvey Bartle, III

Argued January 17, 2007

BEFORE:  McKEE, AMBRO and STAPLETON, <u>Circuit Judges</u>

Patrick L. Meehan
    United States Attorney
Robert A. Zauzmer
     Assistant U.S. Attorney
Jennifer A. Williams (Argued)
    Assistant U.S. Attorney
615 Chestnut Street
Philadelphia, PA  19106

        Attorneys for Appellee

Maureen K. Rowley
    Chief Federal Defender
David L. McColgin
    Assistant Federal Defender
Robert Epstein (Argued)

Assistant Federal Defender
601 Walnut Street
The Curtis Center - Suite 540 West
Philadelphia, PA  19106

      Attorneys for Appellant

(Opinion filed June 14, 2007)

## ORDER  AMENDING  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the not precedential dissenting Opinion in the above case filed June 14, 2007, be amended as follows:

On page 23 of the opinion, in Judge Ambro's dissent, footnote 13 is amended such that it reads in its entirety: "As explained earlier, *see supra* at 17–18, the majority avoids addressing the issue by erroneously concluding that the District Court did not base its decision on this ground, *see* Maj. Op. at 11."

On page 28 of the opinion, in Judge Ambro's dissent, in the second sentence of the Part entitled "III. Conclusion", the second sentence, beginning with "It was admissible . . ." is amended by inserting a semicolon (";") after the word "requested".

On pages 28 and 29 of the opinion, in Judge Ambro's dissent, the carry-over sentence beginning "Perhaps most notable . . ." is replaced in its entirety with the following: "Perhaps most notable, though, is that the Assistant U.S. Attorney trying this case objected to Hugh's motion to reopen at all."

On page 29, in Judge Ambro's dissent, in the first full sentence beginning with "It is inconceivable . . .", the word "that" is replaced with the word "how".

On page 29, in Judge Ambro's dissent, in the second sentence of the final paragraph, the word "the" is replaced with the word "this" in the concluding phrase "the decision not to reopen qualifies.", such that the phrase reads "this decision not to reopen qualifies."

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated:   July 18, 2007

lwc/cc:     Robert Epstein, Esq.
                Paul G. Shapiro, Esq.
                Jennifer A. Williams, Esq.